**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                            CASE NO. 06-40484-TLH4
                                                  CHAPTER 13
ROY ADLAI JACKSON, JR.
ROBIN DUFFY JACKSON

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 398026 in the amount of 19.26 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

ROY ADLAI JACKSON, JR.          CHEVRON CREDIT BANK, N.A.
ROBIN DUFFY JACKSON              2001 DIAMOND BLVD
952 ALACHUA AVENUE              P.O. BOX 5010 SECT 230
TALLAHASSEE,  FL  32308         CONCORD, CA 94524-0010

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
8/27/2010  1:46 pm / CR_213          OFFICE OF CHAPTER 13 TRUSTEE